**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELENA KRIZEK, | |
| Plaintiff, | |
| -against- | Case No. 24-cv-07727 (JHR) |
| THE QUEENS MEDICAL CENTER, DR. CHERYLEE CHANG, DR. THOMAS S. GALLACHER, DR. NOBUHIRO ARIYOSHI, EDQUON LEE, ESQ., MARGARET WILLE AND ASSOCIATES LLC., MARGARET WILLE ESQ., WILLIAM A. BORDNER ESQ., DR. HAO CHIH HO, LEGACY OF LIFE HAWAII, LIONS EYE BANK OF HAWAII, HAWAII STATE DEPARTMENT OF HEALTH, DR. CHRISTOPHER HAPPY MEDICAL EXAMINER OF HONOLULU, IN HIS OFFICIAL & INDIVIDUAL CAPACITY, | |
| Defendant(s). | |

**NOTICE OF DEFENDANTS THE QUEEN'S MEDICAL CENTER,**
**DR. CHERYLEE CHANG, DR. THOMAS S. GALLACHER AND**
**DR. HAO CHIH HO'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Justin N. Kattan and the exhibit thereto, and all prior pleadings in this case, Defendants THE QUEEN'S MEDICAL CENTER, DR. CHERYLEE CHANG, DR. THOMAS S. GALLACHER, and DR. HAO CHIH HO (collectively, "QMC Defendants"), by and through their counsel, DENTONS US LLP, will move this Court, on a date and time to determined by the Court, for dismissal of all claims against them based on the expiration of the statute of limitations and other deficiencies in pleading.

Dated:    New York, New York
          November 15, 2024          Respectfully submitted,


                                     /s/*Justin Kattan*
                                     Justin N. Kattan
                                     DENTONS US LLP
                                     1221 Avenue of the Americas
                                     New York, New York 10020
                                     Phone: (212) 768-6700
                                     justin.kattan@dentons.com

                                     JOHN-ANDERSON L. MEYER *(Pro Hac Vice*
                                     *Application Forthcoming)*
                                     DENTONS US LLP
                                     1001 Bishop Street, Suite 1800
                                     Honolulu, Hawai`i 96813-3689
                                     Phone: (808) 524-1800
                                     anderson.meyer@dentons.com

                                     *Attorneys for Defendants*
                                     *THE QUEEN'S MEDICAL CENTER,*
                                     *DR. CHERYLEE CHANG, DR. THOMAS S.*
                                     *GALLACHER and DR. HAO CHIH HO*