UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
HELENA KRIZEK,

                Plaintiff,

      -against-

THE QUEENS MEDICAL CENTER,
DR. CHERYLEE CHANG,
DR. THOMAS S. GALLACHER,
DR. NOBUHIRO ARIYOSHI,
EDQUON LEE, ESQ.,
MARGARET WILLE AND ASSOCIATES LLC,
WILLIAM A. BORDNER, ESQ.,
DR. HAO CHIH HO, LEGACY OF LIFE HAWAII,
HAWAII STATE DEPARTMENT OF HEALTH,
DR. CHRISTOPHER HAPPY MEDICAL EXAMINER
OF HONOLULU, IN HIS OFFICIAL & INDIVIDUAL
CAPACITY,

                Defendant(s).
----------------------------------------------------------------x

Case No. 24-cv-07727 (JHR)

**NOTICE OF DEFENDANT**
**LEGACY OF LIFE HAWAII'S**
**MOTION TO DISMISS**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Cathleen Kelly Rebar and the exhibits thereto, and all prior pleadings in this case, Defendant LEGACY OF LIFE HAWAII, by and through its counsel, REBAR KELLY, will move this Court, on a date and time to be determined by the Court, for dismissal of all claims against them based on the expiration of the statute of limitations and other deficiencies in pleading.

Dated: New York, New York
       November 18, 2024

Respectfully submitted,

**REBAR KELLY**

_____
Cathleen Kelly Rebar, Esq.
*Attorneys for Defendant*
Defendants/Third-Party Plaintiffs
LEGACY OF LIFE HAWAII
256 W. 36th Street, Suite 900
New York, New York 10018
Telephone: 212-858-9970
Facsimile: 212-858-9971
Email: crebar@rebarkelly.com

**TO:**

Helena Krizek
244 W. 64th Street 6H
New York, NY 10023