IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELENA KRIZEK,<br><br>      Plaintiff,<br><br>  -against-<br><br>THE QUEENS MEDICAL CENTER,<br>DR. CHERYLEE CHANG,<br>DR. THOMAS S. GALLACHER,<br>DR. NOBUHIRO ARIYOSHI,<br>EDQUON LEE, ESQ., MARGARET WILLE<br>AND ASSOCIATES LLC.,<br>MARGARET WILLE ESQ.,<br>WILLIAM A. BORDNER ESQ.,<br>DR. HAO CHIH HO, LEGACY OF LIFE<br>HAWAII, LIONS EYE BANK OF HAWAII,<br>HAWAII STATE DEPARTMENT OF HEALTH,<br>DR. CHRISTOPHER HAPPY MEDICAL<br>EXAMINER OF HONOLULU, IN HIS<br>OFFICIAL & INDIVIDUAL CAPACITY,<br><br>      Defendant(s). | Case No. 24-cv-07727 (JHR)<br><br>**NOTICE OF MOTION TO APPEAR** *PRO HAC VICE* |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John-Anderson L. Meyer, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants The Queen's Medical Center, Dr. Cherylee Chang, Dr. Thomas S. Gallacher, and Dr. Hao Chih Ho in the above-captioned action.

    I am a member in good standing of the bar of the State of Hawai`i and a certificate of good standing is attached hereto as **Exhibit A**.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the declaration pursuant to Local Rule 1.3.

*[Signature on following page]*

Dated: Honolulu, Hawai`i
       November 21, 2024       Respectfully submitted,

**DENTONS US LLP**

/s/ John-Anderson L. Meyer
JOHN-ANDERSON L. MEYER
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813-3689
Telephone:  (808) 524-1800
Fax:  (808) 524-4591
Email:  anderson.meyer@dentons.com

*Attorney for Defendants*
*THE QUEEN'S MEDICAL CENTER,*
*DR. CHERYLEE CHANG, DR. THOMAS S.*
*GALLACHER and DR. HAO CHIH HO*