IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELENA KRIZEK,<br><br>    Plaintiff,<br><br> -against-<br><br>THE QUEENS MEDICAL CENTER,<br>DR. CHERYLEE CHANG,<br>DR. THOMAS S. GALLACHER,<br>DR. NOBUHIRO ARIYOSHI,<br>EDQUON LEE, ESQ., MARGARET WILLE<br>AND ASSOCIATES LLC.,<br>MARGARET WILLE ESQ.,<br>WILLIAM A. BORDNER ESQ.,<br>DR. HAO CHIH HO, LEGACY OF LIFE<br>HAWAII, LIONS EYE BANK OF HAWAII,<br>HAWAII STATE DEPARTMENT OF HEALTH,<br>DR. CHRISTOPHER HAPPY MEDICAL<br>EXAMINER OF HONOLULU, IN HIS<br>OFFICIAL & INDIVIDUAL CAPACITY,<br><br>    Defendant(s). | Case No. 24-cv-07727 (JHR)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*** |

The motion of Gregory Swartz for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Hawai`i; and that his contact information is as follows:

Applicant's Name:  John-Anderson L. Meyer

Firm Name:  Dentons US LLP

Address:  1001 Bishop Street, Suite 1800

City/State/Zip:  Honolulu, Hawai`i  96813-3689

Telephone/Fax:  (808) 524-1800 / (808) 524-4591

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants The Queen's Medical Center, Dr. Cherylee Chang, Dr. Thomas S. Gallacher and Dr. Hao Chih Ho, Inc., in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                    U.S. District Judge Jennifer H. Rearden