UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELENA KRIZEK<br><br>         Plaintiff,<br><br>-against –<br><br>THE QUEENS MEDICAL CENTER, DR. CHERYLEE CHANG, DR. THOMAS S. GALLACHER, DR. NOBUHIRO ARIYOSHI, EDQUON LEE, ESQ., MARGARET WILLE AND ASSOCIATES LLC., MARGARET WILLE, ESQ., WILLIAM BORDNER EDQ.M DR. HAO CHIH H, LEGACY OF LIFE HAWAII, HAWAII STATE DEPARTMENT OF HEALTH, DR. CHRISTOPHER HAPPY MEDICAL EXAMINER OF HONOLULU, IN HIS OFFICIAL & INDIVIDUAL CAPACITY.<br><br>         Defendants | Case No. 24-cv-07727-JHR<br><br>NOTICE OF MOTION<br><br>*Oral Argument Will be Held On A Date and Time To Be Designated By the Court.* |

**PLEASE TAKE NOTICE,** that upon the supporting memorandum of law, affidavit of Matthew K. Flanagan submitted in support thereof, William Bordner will move this Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3) dismissing Plaintiffs' First Amended Complaint, in its entirety, based on lack of personal jurisdiction over Bordner and improper venue.

Dated: New York, New York
    November 25, 2024

                    _____
                    Matthew K. Flanagan, Esq.
                    MARSHALL DENNEHEY
                    *Attorneys for Defendant*
                    *William Bordner*
                    88 Pine Street, 29th Floor
                    New York NY  10005
                    (212) 376-6400
                    mkflanagan@mdwcg.com