UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELENA KRIZEK<br><br>                    Plaintiff,<br><br>     -against-<br><br>THE QUEENS MEDICAL CENTER,<br>DR. CHERYLEE CHANG,<br>DR. THOMAS S. GALLAGHER,<br>DR. NOBUHIRO ARIYOSHI,<br>EDQUON LEE, ESQ.,<br>MARGARET WILLE AND ASSOCIATES LLC.,<br>MARGARET WILLE ESQ.,<br>WILLIAM A. BORDNER ESQ.,<br>DR. HAO CHIH HO,<br>LEGACY OF LIFE HAWAII,<br>LIONS EYE BANK OF HAWAII,<br>HAWAII STATE DEPARTMENT OF HEATH,<br>DR. CHRISTOPHER HAPPY,<br>MEDICAL EXAMINER OF HONLOLULU, IN HIS<br>OFFICIAL AND INDIVIDUAL CAPACITY,<br><br>                    Defendants. | Case No. 1:24-cv-07727 |

**NOTICE OF THE MOTION TO DISMISS OR TO
CHANGE VENUE BY DEFENDANT EDQUON LEE, ESQ.**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Ronald W. Weiner, the accompanying Declaration of Edquon Lee, the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, the undersigned will move this Court for an Order: pursuant to Rules 12(b) (1), (2) and (6) of the Federal Rules of Civil Procedure, dismissing the Complaint filed by plaintiff Helena Krizek ("Plaintiff") on the grounds it is barred by the statutes of limitations, it fails to state a cause of action against him, Plaintiff lacks standing to bring this action, and the Court lacks personal jurisdiction over him; or in the alternative, pursuant to 28

1

U.S.C. §§ 1404(a) or 1406(a), dismissing this action since the venue chosen by Plaintiff is improper and this action clearly lacks merit, or transferring the venue of this action to the United States District Court of Hawaii; and for other and further relief as the Court deems just and proper.

Dated: November 26, 2024

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____/s/_____
 Ronald W. Weiner, Esq.
Joseph L. Francoeur, Esq.
Attorneys for *Defendant*
*EDQUON LEE, ESQ.*
150 East 42nd Street
New York, NY 10017
(212) 915.5903
File No.: 99998.09231