GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| GAIL Y. COSGROVE | 3011-0 |
| gcosgrove@goodsill.com | |
| MAEGAN A. RUGGLES | 10014-0 |
| mruggles@goodsill.com | |
| KYLIE I. TAKAFUJI | 11542-0 |
| ktakafuji@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i 96813
Telephone: 808-547-5600
Facsimile: 808-547-5880

Attorneys for Defendant
NOBUHIRO ARIYOSHI, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HELENA KRIZEK Birth Mother of Bianca Helen Krizek (Decedent),<br><br>Plaintiff,<br><br>vs.<br><br>THE QUEEN'S MEDICAL CENTER, DR. CHERYLEE CHANG, DR. THOMAS S. GALLACHER, DR. NOBUHIRO ARIYOSHI, EDQUON LEE, ESQ., MARGARET WILLE AND ASSOCIATES LLC., MARGARET WILLE ESQ., WILLIAM A. BORDNER, ESQ., DR. HAO CHIH HO, LEGACY LIFE OF HAWAII, LIONS EYE BANK OF HAWAII, HAWAII STATE DEPARTMENT OF HEALTH, | CIVIL NO. 1:25-cv-00021-SASP-RT<br><br>NOTICE OF APPEARANCE OF GAIL Y. COSGROVE, MAEGAN A. RUGGLES AND KYLIE I. TAKAFUJI FOR DEFENDANT NOBUHIRO ARIYOSHI, M.D.<br><br><br>U.S. District Judge Shanlyn A.S. Park<br>U.S. Magistrate Rom Trader |

12550284.1

|                                              |
|----------------------------------------------|
| DR. CHRISTOPHER HAPPY MEDICAL EXAMINER OF HONOLULU, IN HIS OFFICIAL & INDIVIDUAL CAPACITY, |
| Defendants. |

NOTICE OF APPEARANCE OF GAIL Y. COSGROVE, MAEGAN A. RUGGLES AND KYLIE I. TAKAFUJI FOR DEFENDANT NOBUHIRO ARIYOSHI, M.D.

GAIL Y. COSGROVE, MAEGAN A. RUGGLES and KYLIE I. TAKAFJUI of the law firm of Goodsill, Anderson, Quinn & Stifel, LLP, hereby gives notice of their appearance as counsel for Defendant NOBUHIRO ARIYOSHI, M.D., and request to receive electronic filings via the Judiciary Electronic Filing System ("CM/ECF").

DATED: Honolulu, Hawai'i, January 29, 2025.

/s/ Maegan A. Ruggles
GAIL Y. COSGROVE
MAEGAN A. RUGGLES
KYLIE I. TAKAFUJI

Attorneys for Defendant
NOBUHIRO ARIYOSHI, M.D.