Of Counsel:

LUNG ROSE VOSS & WAGNILD

MATTHEW C. SHANNON      9043-0
Attorney at Law
A Law Corporation
700 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184
Email: *mshannon@legalhawaii.com*

Attorney for Defendant
WILLIAM A. BORDNER, ESQ.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HELENA KRIZEK, | ) CIVIL NO. 25-CV-00021-SASP-RT |
| | ) |
| Plaintiff, | ) NOTICE OF APPEARANCE OF |
| | ) COUNSEL; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| THE QUEENS MEDICAL CENTER, | ) |
| DR. CHERYLEE CHANG, | ) |
| DR. THOMAS S. GALLACHER, | ) |
| DR. NOBUHIRO ARIYOSHI, | ) |
| EDQUON LEE, ESQ., MARGARET | ) |
| WILLIE AND ASSOCIATES LLC, | ) |
| MARGARET WILLIE, ESQ., | ) |
| WILLIAM A. BORDNER ESQ., | ) |
| DR. HAO CHIH HO, LEGACY OF | ) |
| LIFE HAWAII, LIONS EYE BANK | ) |
| OF HAWAII, HAWAII STATE | ) Judge:  Shanlyn A.S. Park |
| DEPARTMENT OF HEALTH, | ) No trial date set. |
| DR. CHRISTOPHER HAPPY | ) |
| MEDICAL EXAMINER OF | ) |

1394540.1

| | |
|---|---|
| HONOLULU, IN HIS OFFICIAL & INDIVIDUAL CAPACITY, | ) ) ) |
| Defendants. | ) ) ) |

NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that MATTEW C. SHANNON of Lung Rose Voss & Wagnild hereby enters his appearance in this case for Defendant WILLIAM A. BORDNER, ESQ., and hereby requests that all pleadings, documents and other papers served or filed in this case be served upon the following:

> MATTHEW C. SHANNON, ESQ.
> *(mshannon@legalhawaii.com)*
> Topa Financial Center
> 700 Bishop Street, Suite 900
> Honolulu, Hawaii 96813
>
> Attorney for Defendant
> WILLIAM A. BORDNER, ESQ.

DATED:  Honolulu, Hawaii, March 5, 2025.

*/s/ Matthew C. Shannon*
MATTHEW C. SHANNON

Attorney for Defendant
WILLIAM A. BORDNER, ESQ.

2

1394540.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HELENA KRIZEK, | ) | CIVIL NO. 25-CV-00021-SASP-RT |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| THE QUEEN'S MEDICAL CENTER, DR. CHERYLEE CHANG, DR. THOMAS S. GALLACHER, DR. NOBUHIRO ARIYOSHI, EDQUON LEE, ESQ., MARGARET WILLIE AND ASSOCIATES LLC, MARGARET WILLIE, ESQ., WILLIAM A. BORDNER ESQ., DR. HAO CHIH HO, LEGACY OF LIFE HAWAII, LIONS EYE BANK OF HAWAII, HAWAII STATE DEPARTMENT OF HEALTH, DR. CHRISTOPHER HAPPY MEDICAL EXAMINER OF HONOLULU, IN HIS OFFICIAL & INDIVIDUAL CAPACITY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2025, a true and correct copy of the foregoing document was duly served on the following parties electronically via CM/ECF:

1394540.1

HELENA KRIZEK
*Helenka24@yahoo.com*
244 West 64th Street, # 6H
New York, NY 10023

Plaintiff Pro Se


JOHN-ANDERSON L. MEYER, ESQ.
*john-anderson.meyer@dentons.com*
Denton US LLP
1001 Bishop Street, 18th Floor
Honolulu, HI 96813

Attorney for Defendants
The Queen's Medical Center,
Dr. Cherylee Chang, Dr. Thomas S. Gallacher
and Dr. Hao Chih Ho


GAIL Y. COSGROVE, ESQ.
*gcosgrove@goodsill.com*
KYLIE I. TAKAFUJI, ESQ.
*ktakafuji@goodsill.com*
MAEGAN A. W. RUGGLES, ESQ.
*mruggles@goodsill.com*
Goodsill Anderson Queen & Stifel LLP
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, HI 96813
    and
JONATHAN S. ERMAN, ESQ.
*jerman@amabile-erman.com*
Amabile & Erman, P.C.
1000 South Avenue
Stanten Island, NY 10314

Attorneys for Defendant
Dr. Nobuhiro Ariyoshi

2

1394540.1

BRIAN O. FELDER, ESQ.
*otis.felder@wilsonelser.com*
Wilson Elser Moskowitz Edelman & Dicker LLC
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071
    and
JOSEPH L. FRANCOEUR, ESQ.
*joseph.francoeur@wilsonelser.com*
RONALD W. WEINER, ESQ.
*ronald.weiner@wilsonelser.com*
Wilson, Elser
150 East 42nd Street
New York, NY 10017

Attorneys for Defendant
Edquon Lee, Esq.


JAMES SHIN, ESQ.
*jshin@rlhlaw.com*
Roeca Luria Shin LLP
841 Bishop Street, Suite 900
Honolulu, HI 96813
    and
WILLIAM T. McCAFFERY, ESQ.
*wmccaffery@lbcclaw.com*
L'Abbate Balkin Colavita & Contini, LLP
3 Huntington Quadrangle, Suite 102S
Melville, NY  11747

Attorneys for Defendants
Margaret Willie and Associates LLC
and Margaret Willie, Esq.

3

1394540.1

CATHLEEN K. REBAR, ESQ.
*crebar@rebarkelly.com*
Rebar Kelly
470 Norristown Road, Suite 201
Blue Bell, PA 19422

Attorney for Defendant
Legacy of Life Hawaii


ROBERT M. KOHN, ESQ,
*robert.kohn@honolulu.gov*
Department of the Corporation Counsel
530 South King Street, Room 110
Honolulu, HI 96813

Attorney for Defendant
Dr. Christopher Happy
(former) Medical Examiner of Honolulu, in his Official and Individual Capacity

DATED: Honolulu, Hawaii, March 5, 2025.

*/s/ Matthew C. Shannon*
MATTHEW C. SHANNON

Attorney for Defendant
WILLIAM A. BORDNER, ESQ.

4

1394540.1