Of Counsel:

LUNG ROSE VOSS & WAGNILD

MATTHEW C. SHANNON     9043-0
Attorney at Law
A Law Corporation
CAYLI R. HIRATA        11874-0
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184
Email: *mshannon@legalhawaii.com*
       *chirata@legalhawaii.com*

Attorneys for Defendant
WILLIAM BORDNER, ESQ.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HELENA KRIZEK, | CIVIL NO. 25-CV-00021-SASP-RT |
| Plaintiff, | DEFENDANT WILLIAM BORDNER, ESQ.'S MOTION TO DISMISS COMPLAINT FILED ON OCTOBER 11, 2024; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MATTHEW C. SHANNON; EXHIBITS 1–7; CERTIFICATE OF SERVICE |
| vs. | |
| THE QUEENS MEDICAL CENTER, DR. CHERYLEE CHANG, DR. THOMAS S. GALLACHER, DR. NOBUHIRO ARIYOSHI, EDQUON LEE, ESQ., MARGARET WILLE AND ASSOCIATES LLC, MARGARET WILLE, ESQ., WILLIAM BORDNER ESQ., DR. HAO CHIH HO, LEGACY OF LIFE HAWAII, LIONS EYE BANK OF HAWAII, HAWAII STATE | Judge: Hon. Shanlyn A. S. Park<br><br>*(Caption continued on next page)* |

1393631.2

| | |
|---|---|
| DEPARTMENT OF HEALTH, <br> DR. CHRISTOPHER HAPPY <br> MEDICAL EXAMINER OF <br> HONOLULU, IN HIS OFFICIAL & <br> INDIVIDUAL CAPACITY; <br><br>            Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT WILLIAM BORDNER, ESQ.'S
### MOTION TO DISMISS COMPLAINT FILED ON OCTOBER 11, 2024

Defendant WILLIAM BORDNER, ESQ. ("Attorney Bordner"), by and through his attorneys, Lung Rose Voss & Wagnild, hereby respectfully moves this Court for an order dismissing, with prejudice, the Complaint filed by Plaintiff HELENA KRIZEK on October 11, 2024 ("Complaint") as to Attorney Bordner. Attorney Bordner further requests that the hearing and all deadlines for this instant Motion be scheduled on the same date and time as the other pending motions to dismiss [CM/ECF Dkt. 13, 14, 21, 49, 53, 65, 99, 105].

This Motion is made pursuant to Rules 7, 8, and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1 of the Local Rules of Practice for the United States District Court of the District of Hawaii, and

2

1393631.2

is based upon the Memorandum in Support of Motion, the records and files herein, and such further argument and evidence as may be presented at the hearing.

DATED: Honolulu, Hawaii, April 23, 2025.

/s/ Matthew C. Shannon
MATTHEW C. SHANNON
CAYLI R. HIRATA

Attorneys for Defendant
WILLIAM BORDNER, ESQ.

1393631.2