Of Counsel:

LUNG ROSE VOSS & WAGNILD

MATTHEW C. SHANNON        9043-0
Attorney at Law
A Law Corporation
CAYLI R. HIRATA            11874-0
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184
Email: *mshannon@legalhawaii.com*
       *chirata@legalhawaii.com*

Attorneys for Defendant
WILLIAM BORDNER, ESQ.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HELENA KRIZEK, | CIVIL NO. 25-CV-00021-SASP-RT |
| Plaintiff, | NOTICE OF WITHDRAWAL OF DEFENDANT WILLIAM BORDNER, ESQ.'S MOTION TO DISMISS FOR LACK OF JURISDICTION FILED ON NOVEMBER 25, 2024 [Dkt. 49]; CERTIFICATE OF SERVICE |
| vs. | |
| THE QUEENS MEDICAL CENTER, DR. CHERYLEE CHANG, DR. THOMAS S. GALLACHER, DR. NOBUHIRO ARIYOSHI, EDQUON LEE, ESQ., MARGARET WILLE AND ASSOCIATES LLC, MARGARET WILLE, ESQ., WILLIAM BORDNER ESQ., DR. HAO CHIH HO, LEGACY OF LIFE HAWAII, LIONS EYE BANK OF HAWAII, HAWAII STATE | Date:  July 3, 2025<br>Time:  10:00 a.m.<br>Judge: Honorable Shanlyn A. S. Park |

1416449.1

| | |
|---|---|
| DEPARTMENT OF HEALTH, <br> DR. CHRISTOPHER HAPPY <br> MEDICAL EXAMINER OF <br> HONOLULU, IN HIS OFFICIAL & <br> INDIVIDUAL CAPACITY; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF WITHDRAWAL OF DEFENDANT
WILLIAM BORDNER, ESQ.'S MOTION TO DISMISS FOR
LACK OF JURISDICTION FILED ON NOVEMBER 25, 2024 [Dkt. 49]

Defendant WILLIAM BORDNER, ESQ. ("Attorney Bordner"), by and through his attorneys, Lung Rose Voss & Wagnild, hereby withdraws without prejudice Attorney Bordner's Motion to Dismiss for Lack of Jurisdiction filed on November 25, 2024 [Dkt. 49] currently scheduled to be heard on July 3, 2025, at 10:00 a.m., before the Honorable Shanlyn A. S. Park.  This withdrawal is not intended to affect Attorney Bordner's Motion to Dismiss Complaint, filed on April 23, 2025 [Dkt. 124], which is pending before this Court and scheduled to be heard on that same date.

DATED:  Honolulu, Hawaii, May 1, 2025.

/s/  Cayli R. Hirata
MATTHEW C. SHANNON
CAYLI R. HIRATA

Attorneys for Defendant
WILLIAM BORDNER, ESQ.

2

1416449.1