# Summary of dates related to Statute of Limitations:

- 1) Bianca died on 02/05/2016 in QMC, Honolulu, Hawaii

- 2) Plaintiff attended MICP hearing with 1st attorney Sergio Rufo, Esq. in the fall of 2017

- 3) 1st lawsuit was filed on 07/18/2018 in SDNY, an order to transfer was issued on 07/25/2018; lawsuit was transferred to the United States District Court in HI on 08/02/2018 as per legal venue - Medical Malpractice/Wrongful Death Lawsuit: Krizek v. Queen's Medical Center et al, 18-cv-00293, JMS-WRP

- 4) Statute of Limitations question was resolved during the hearing – see Docket #81 – Krizek v. Queen's Medical Center et al – 18-cv-00293 JMS-WRP from 04/17/2019 and 04/18/2019 (MICP hearing was included, when the Statute of Limitations was being tolled)

- 5) TRIAL WAS INITIALLY SCHEDULED FOR JULY 2020, BUT DUE TO COVID 19 IT WAS POSTPONED TO AUG/SEPT 2022.

- 6) Trial ended on 09/13/2022 and Trial Judgment was entered on 09/14/2022 – verdict was in the favor of defendants

- 7) Motion for New Trial was filed on 10/11/2022

- 8) Motion for New Trial was decided on 12/09/2022 - denied

- 9) Notice to Appellate Court was filed on 01/04/2023 by Plaintiff Pro Se

- 10) Motion to Unseal ALL SEALED DOCS (#532 and #533) in United States District Court in HI was filed on 09/07/2023 and denied on 09/08/2023, but following statement was on the last page of the above mentioned Motion to Unseal decision document, which was made by Judge Seabright:

- ("[The] remedy for any ineffective assistance of counsel [in a civil case] is a suit against [the party's] attorney for malpractice, not a new trial . . . .").as per Judge Seabright taken from Krizek v. Queen's Medical Center 18-cv-00293 JMS-WRP Docket #605 – last page of the document

- 11) Appellate Court decision on 09/18/2024, entered on 10/10/2024

- 12) New Lawsuit - 440 Violation of Civil Rights - was filed on 10/11/2024 in SDNY Court

- 13) Lawsuit was transferred to United States District Court in Hawaii on 01/21/2025

  - 14) Not until the Motion #21 was filed by the attorney Cathleen Kelly Rebar,Esq. representing Legacy of Life Hawaii, which had attached Attestation Document by current CEO of Legacy of Life Hawaii Mr. Leonard Licina that: "In the Affidavit attached hereto as Exhibit "B," Legacy of Life President and CEO Leonard Licina attests that the company was presented with the opportunity to remove Ms. Krizek's organs for transplant purposes, but elected not to for medical reasons." – Docket #23, page 8, paragraph C.

    This was also the time, which had 100% confirmed my suspicion, why ALL decedent's care was so questionable and bizarre.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24 CV 07727

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dr. Nobuhiro Ariyoshi__
was received by me on *(date)* __11/06/2024__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* __11/08/2024__ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Yuka, wife,__ at __920 Ward Avenue Apt 6F, Honolulu HI 96814__, a person of suitable age and discretion who resides there,
on *(date)* __11/12/2024__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __11/11/2024__

_____
Server's signature

Gregory Au, Civil Process Server
Printed name and title

c/o 1133 13th Street NW, Ste C4, Washington DC 20005
Server's address

Additional information regarding attempted service, etc:

DOCUMENTS SERVED:
SUMMONS IN A CIVIL ACTION; JURY TRIAL DEMAND

Case 1:25-cv-00021-SP-RT   Document 99-4   Filed 12/25   Page 2 of 4
                                          PageID.228
Case 1:24-cv-07727-JHR   Document 46   Filed 11/22/24   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24 CV 07727

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lions Eye Bank of Hawaii c/o Leonard Licina, Board Member was received by me on *(date)* Oct 17, 2024, 9:11 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LEONARD LICINA, CEO OF LEGACY LIFE HAWAII, who is designated by law to accept service of process on behalf of *(name of organization)* Lions Eye Bank of Hawaii on *(date)* Tue, Nov 19 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/20/2024

*Server's signature*

TAD OIE

*Printed name and title*

P.O. Box 283163 Honolulu, HI 96828

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 28, 2024, 11:15 am HST at 405 N Kuakini St Ste 801, Honolulu, HI 96817
Legacy of Life who receives their mail stated they have temporarily shut down due to lack of staffing. No one comes into the office. Door locked with a sign stating to give mail to the next unit.

2) Successful Attempt: Nov 19, 2024, 11:17 am HST at 405 N Kuakini St Ste 810, Honolulu, HI 96817 received by LEONARD LICINA. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'0"; Hair: Gray; Eyes: Other; Relationship: CEO OF LEGACY OF LIFE HAWAII; Leonard Licina accepted the documents willingly but stated that he is not on the board for Lions Eye Bank of Hawaii. He also said he will give the documents to them, but doe not know when he will see them because they are currently not in business.

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT



# Leonard Licina · 3rd
President & CEO at Legacy of Life Hawaii

Legacy of Life Hawaii · Chaminade University of Honolulu
Honolulu, Hawaii, United States

**500+ connections**

Message    + Follow    ⋯

Connect if you know each other    + Connect

## About

CEO of Legacy of Life Hawaii

Volunteer/Community Organizations include:
*Member of the State of Hawaii Statewide...see more

    

Health


### Board Member
Association of Organ Procurement Organizations
Mar 2019 - Present · 6 yrs 3 mos
Health


### Advisory Board Member
Lion's Eye Bank Hawaii
Jan 2021 - Present · 4 yrs 5 mos
Health

Serving in on the advisory Board of the Lion's Eye Bank Hawaii, Hawaii District 50 Lions Club. The Lions Eye Bank of Hawaii provides our community quality ocular tissue for transplantation and provides non-surgical ocular tissue to research institutions.


### Board Member
Mental Health Kokua
Jun 2022 - Present · 3 yrs
Health

Board member, Finance Committee member