Helena Krizek (Pro Se)
244 W 64TH ST 6H
New York, NY 10023
Helenka24@yahoo.com
(646) 472-4236

RECEIVED
CLERK, U. S. DISTRICT COURT
JUN 10 2025
DISTRICT OF HAWAII

May 27, 2025

United States District Court
District of Hawaii - Clerk's Office
300 Ala Moana Blvd., Room C – 338
Honolulu, HI 96850
Phone: (808) 541-1300

Re: Documents Regarding Case – Krizek v. Queens Medical Center et al./Case # 25-CV-00021 SASP-RT

Dear Clerk of the Court,
Enclosed you'll find 3 sets of documents related to the above mentioned case, which need to be filed - see above case number.

Enclosed are the following documents:
1) Opposition to Defendants' Motions - #13, #14, #21, #49, #53, #65, #99, #105, #119, #121 and #124

2) Certificate of Service

3) **List of Exhibits**: summary of dates related to statute of limitations, Summons served on Dr. Nobuhiro Ariyoshi, Summons served on Hawaii Lions Eye Bank via Mr. Leonard Licina **(reference to unsuccessful attempt – a sign stating to give mail to the next unit)**, CEO of Legacy of Life Hawaii and **copy of public website confirming that Mr. Leonard Licina sits on Advisory Board for Legacy of Life.**

Please file as appropriate.
Thank you kindly,
Helena Krizek (Pro Se)
*[signature]*