**Retail** — U.S. POSTAGE PAID PM, NEW YORK, NY 10021, MAY 27, 2025
96850
RDC 03
$19.05
S2324A500922-62

PRESS FIRMLY TO SEAL     PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

PRIORITY / CERTIFIED MAIL

9589 0710 5270 2949 9681 96

- Expected delivery date specified for domestic
- Domestic shipments include $100 of insurance
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 10 2025
DISTRICT OF HAWAII

**FROM:**
Helena Krizek
244 W 64TH ST, 6H
New York, NY
10023-6428

**TO:**
United States District Court
District of Hawaii
300 Ala Moana Blvd.,
Room C-338
Honolulu, Hawaii
96850-0338
(Clerk)